

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00332-CV

**CITY OF EAGLE PASS**,
Appellant

v.

Apolonio & Maria Delma **DELGADO**,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 19-04-37176-MCV
Honorable Maribel Flores, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: May 3, 2023

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM